UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM G. MOORE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 92-2288 (BAH) |
| v. | ) | (Consolidated with Civil Action |
| | ) | No. 93-0324 (BAH)) |
| | ) | |
| MICHAEL HARTMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| WILLIAM G. MOORE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 93-0324 (BAH) |
| | ) | (Consolidated with Civil Action |
| v. | ) | No. 92-2288 (BAH)) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT UNITED STATES' BILL OF COSTS

In accordance with Local Civil Rule 54.1(d), following the Court's April 20, 2015, judgment for the Defendant United States in this consolidated matter on Plaintiff's remaining claims under the Federal Tort Claims Act,[1] the Defendant United States respectfully submits this Bill of Costs.

_____

[1] *See* Docs. 134 and 548 (Judgments in a Civil Action).

1

As the allowable litigation costs are the same for both the United States and the *Bivens* Defendants, the United States hereby joins in the costs set forth by the *Bivens* Defendants in their Bill of Costs previously itemized and filed with the Court on August 11, 2014.[2]

Dated: May 11, 2015                    Respectfully submitted,

                                       BENJAMIN C. MIZER
                                       Principal Deputy Assistant Attorney General

                                       RUPA BHATTACHARYYA
                                       Director, Torts Branch, Civil Division

                                       ANDREA W. McCARTHY
                                       RICHARD MONTAGUE
                                       Senior Trial Counsel

                                       By: /s/ James G. Bartolotto
                                       JAMES G. BARTOLOTTO
                                       LINDA Y. CHENG
                                       KELLY HEIDRICH
                                       REGINALD M. SKINNER
                                       PAUL E. WERNER
                                       Trial Attorneys, Civil Division
                                       United States Department of Justice
                                       P.O. Box 7146, Ben Franklin Station
                                       Washington, D.C. 20044
                                       Tel: (202) 616-4174
                                       Fax: (202) 616-4314

                                       *Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record by operation of the Court's CM/ECF System.

                                       /s/ James G. Bartolotto
                                       JAMES G. BARTOLOTTO
                                       Senior Trial Attorney, Civil Division

[2] *See* Doc. 510 (*Bivens* Defendants' Bill of Costs, Form AO-133).